1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277



FILED
FEB 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

4           United States Bankruptcy Court
            Central District of California
5

6                                    ) Chapter 13
                                     )
7  JAYEL BRYSON                      ) Case No.: 8:04-bk-14943-ES
                                     )
8                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                     ) (Bankruptcy Rule 3010)
9                                    )
                                     )
10                                   )
                                     )
11 _____

12     TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13     Please find annexed hereto Check No. **300675** in the sum of **$ .01**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3010.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17     JAYEL BRYSON
       10671 BLAKE ST
18     GARDEN GROVE, CA 92843

19

20 Date: February 14, 2010     _____
                                Amrane Cohen, Chapter 13 Standing Trustee
21

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0414943 | JAYEL BRYSON ACCT: | Claim: 00000 | XXX-XX-3327 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

JAYEL BRYSON

BALANCE:  [0.00 13/00000]
SSN: XXX-XX-3327   SSN:
ACCT:              CASE: 0414943
PRINCIPAL:   0.01  INTEREST:   0.00

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300675

Feb 14, 2010

VOID 90 DAYS FROM DATE

*********$0.01

**PAY** Zero And 01 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300675⑈ ⑆061100790⑆000000575186 2⑈